# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **ROBERTA BLOCK** | ) | |
| | ) | |
| *Plaintiff* | ) | Case No. 1:25-cv-00113-TWP-KMB |
| | ) | |
| v. | ) | Judge Tanya Walton Pratt |
| | ) | |
| **STANDARD INSURANCE COMPANY** | ) | Magistrate Judge Kellie M. Barr |
| | ) | |
| *Defendant* | ) | |

## ORDER OF STIPULATION OF DISMISSAL

Having come before the Court on the parties' Stipulation of Dismissal of Plaintiff's Complaint and the above captioned lawsuit, with prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

SO ORDERED.

Date: 6/9/2025

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system